UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTOR TUCKER,                                           :

                Plaintiff,             :    ORDER
                                                              05 CV. 1319 (LAP)
     -against-                                       :

THE CITY UNIVERSITY OF NEW YORK and
YORK COLLEGE OF THE CITY UNIVERSITY   :
OF NEW YORK,

                                               :

                Defendants.          :
------------------------------------------------------------x

LORETTA A. PRESKA, United States District Judge.

    Based on the on-the-record settlement entered into on May 18, 2005, the Clerk of the Court shall mark this action closed and all pending motions denied as moot.

So Ordered.

Dated: New York, New York
        May 19, 2005

                                                  Loretta A. Preska, U.S.D.J.